**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

CANDY TOWNSEND, on her own behalf
and on behalf of those similarly situated,

    Plaintiff,

vs.                                                     Case No. 5:14-cv-611-Oc-34PRL

LET'S OF OCALA LLC, d/b/a
Palms Internet Café, a Florida
Limited Liability Company, et al.,

    Defendants.
_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 13; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on March 25, 2015. In the Report, Magistrate Judge Lammens recommends that Plaintiff's Motion for Final Default Judgment and Incorporated Memorandum of Law (Dkt. No. 12) be granted and that Plaintiff be awarded damages for her unpaid overtime wages, as well as liquidated damages, in the total amount of $4,180.00. See Report at 13. Defendants have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 13) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Final Default Judgment and Incorporated Memorandum of Law (Dkt. No. 12) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Candy Townsend and against Defendants Let's Of Ocala LLC and Let's Of Ocala II, LLC in the total amount of $4,180.00 for her unpaid overtime wages, as well as liquidated damages.

4. The Clerk of the Court is further directed to terminate any pending motions and close the file.

5. Plaintiff may file a motion for attorney's fees and costs on or before **June 1, 2015**.

**DONE AND ORDERED** in Chambers, this 1st day of May, 2014.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record

Let's Of Ocala LLC
d/b/a Palms Internet Café
c/o Spiegel & Uterra, P.A., Registered Agent
4th Floor
1840 SW 22nd Street
Miami, FL 33145

Let's Of Ocala II, LLC
c/o Felicia Burbank, Registered Agent
Suite 141 and 143
8449 Highway 200
Ocala, FL 34481