**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

CANDY TOWNSEND, on her own behalf
and on behalf of those similarly situated,

    Plaintiff,

vs.                                        Case No. 5:14-cv-611-Oc-34PRL

LET'S OF OCALA LLC, d/b/a
Palms Internet Café, a Florida
Limited Liability Company, et al.,

    Defendants.
_____

# O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge Philip R. Lammens Report and Recommendation (Dkt. No. 19; Report), entered on July 28, 2015, recommending that Plaintiff's Motion for Reasonable Attorneys' Fees and Costs (Dkt. No. 18; Motion) be granted, and that Plaintiff be awarded $3,820.00 in attorney's fees and costs. See Report at 5. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1] Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge Philip R. Lammens' Report and Recommendation (Dkt. No. 19) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Reasonable Attorneys' Fees and Costs (Dkt. No. 18) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendants for attorney's fees and costs in the amount of $3,820.00.

**DONE AND ORDERED** in Chambers, this 31st day of August, 2015.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

---

[1] Upon review of the Report, the Court observes that Ms. Murthy's hourly rate appears to be excessive and greater than this Court might ordinarily approve for a routine FLSA case. Nevertheless, in the context of this particular matter, the Court will approve the rate based upon Plaintiff's representation that the parties agreed to the amount sought. The Court's acceptance of this agreement should not be regarded as, or represented to another Court, as an approval of Ms. Murthy's' requested hourly rate in FLSA cases.

ja

Copies to:

Counsel of Record